**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6929**

―――――――――

MELVIN D. MORRAL,

Petitioner - Appellant,

versus

JON P. GALLEY; ATTORNEY GENERAL FOR THE STATE
OF MARYLAND,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
00-1346-CCB)

―――――――――

Submitted:  September 8, 2000      Decided:  September 18, 2000

―――――――――

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Melvin D. Morral, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin D. Morral seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Morral v. Galley, No. CA-00-1346-CCB (D. Md. June 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED